**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROY RAMIREZ,<br><br>        Defendant. | Case No. 3:24-cr-00001-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY**<br><br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney PENELOPE BRADY, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender ALLIE WILSON, counsel for ROY RAMIREZ, to extend the time in which the Defendant's Reply to Response to the Defendant's Motion to Compel [ECF #36] from May 22, 2024, to May 29, 2024. This is the first request for an extension for time to file reply.

    The additional time requested for the filing the responses is requested mindful of the current trial date of August 13, 2024, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 21st day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ ALLIE WILSON<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for ROY RAMIREZ | By: /s/ PENELOPE BRADY<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this 22nd day of May, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2